AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Block, Robert N. | C.D. of California | 05/05/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (full-time) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Ronald Reagan Fed. Bldg & US Courthouse
411 W. 4th St
Santa Ana, California 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner (passive) | MSK Realty Co. (interest=approx. 1%) |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 05/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-employed doctor |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 05/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MS&K Realty Co. investment (Los Angeles, California) | B | Distribution | J | W | | | | | |
| 2. Wells Fargo Bank accounts | A | Interest | M | T | | | | | |
| 3. Prudential Financial Inc. common stock | B | Dividend | L | T | | | | | |
| 4. Citibank accounts | A | Interest | L | T | | | | | |
| 5. BofA Beyond Banking accounts | A | Interest | K | T | | | | | |
| 6. Capital One Bank account | A | Interest | J | T | | | | | |
| 7. Note receivable--Bella Mar RV Park LLC | | None | L | W | | | | | |
| 8. Note Receivable--Phair Real Estate Acquisition Fund | D | Interest | K | W | | | | | |
| 9. RETIREMENT PLAN TRUST | | | | | | | | | |
| 10. ---BofA Cash/Money Mkt accts | A | Dividend | J | T | | | | | |
| 11. ---Loomis Sayles Strategic | C | Dividend | K | T | Sold (part) | 12/23/14 | J | B | |
| 12. ---Lord Abbett Short Duration | B | Dividend | | | Sold | 12/23/14 | L | | |
| 13. ---Kinder Morgan Management LLC | A | Dividend | L | T | | | | | |
| 14. ---Templeton Global Total Return Fd | D | Dividend | | | Sold | 12/23/14 | M | | |
| 15. ---Doubleline Total Return Fd | C | Dividend | L | T | Sold (part) | 12/23/14 | K | A | |
| 16. ---Doubleline Multi-Asset Growth Fd | D | Dividend | | | Sold | 12/23/14 | L | | |
| 17. ---Pimco All Asset All Authority Fd | D | Dividend | | | Sold | 12/23/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---Blackrock Global Allocation Fd | E | Dividend | M | T | Sold (part) | 12/23/14 | J | A | |
| 19. ---IShares Gold Trust | | None | | | Sold | 09/12/14 | K | | |
| 20. ---Ivy Asset Strategy Fd | D | Dividend | | | Sold | 12/23/14 | L | | |
| 21. ---FPA Crescent Fd | | None | M | T | Buy | 12/23/14 | M | | |
| 22. ---PIMCO Income Fd | B | Dividend | M | T | Buy | 12/23/14 | M | | |
| 23. ---PIMCP All Asset Fd | C | Dividend | M | T | Buy | 12/23/14 | M | | |
| 24. ---Highland Global Allocation Fd | A | Dividend | M | T | Buy | 12/23/14 | M | | |
| 25. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 26. ---BofA Cash/Money Mkt accts | A | Interest | J | T | | | | | |
| 27. ---San Jose CA Rdv Agy Tax Aug 1, 15 | B | Interest | K | T | | | | | |
| 28. ---California St FSA-CR Mar 1, 17 | B | Interest | L | T | | | | | |
| 29. ---San Fran Ca Cy-Co Pub Wtr Rev Ser A Nov 1, 18 | B | Interest | L | T | | | | | |
| 30. ---California St Var Purp 2016 | B | Interest | K | T | | | | | |
| 31. ---California St Var Purp 2019 | B | Interest | K | T | | | | | |
| 32. ---Riverside CA Elec Rev | A | Interest | K | T | | | | | |
| 33. ---California St Var Purp 2021 | A | Interest | K | T | | | | | |
| 34. ---CD Bank of India New York | A | Interest | | | Buy | 06/18/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Matured | 12/24/14 | L | | |
| 36. ---CD Discover Bank of Greenwood | | None | L | T | Buy | 12/24/14 | L | | |
| 37. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 38. ---BofA Cash/Money Mkt accts | A | Interest | J | T | | | | | |
| 39. ---Energy Transfer Partners LP | C | Dividend | L | T | | | | | |
| 40. ---Kinder Morgan Management LLC | A | Dividend | M | T | | | | | |
| 41. ---Magellan Midstream Partners LP | B | Dividend | K | T | Sold (part) | 06/18/14 | L | E | |
| 42. ---Plains All Amern PIPL LP | C | Dividend | L | T | | | | | |
| 43. ---William Partners LP | C | Dividend | K | T | | | | | |
| 44. ---Buckeye Partners LP | C | Dividend | L | T | | | | | |
| 45. ---Apple Inc. | B | Dividend | L | T | | | | | |
| 46. ---Atlas Pipeline Partners LP | B | Dividend | K | T | Buy | 06/18/14 | K | | |
| 47. ---Capital Senior Living | | None | K | T | Buy | 06/18/14 | K | | |
| 48. ---CD Bank of India New York | A | Interest | | | Buy | 06/18/14 | K | | |
| 49. | | | | | Matured | 12/24/14 | K | | |
| 50. ---CD Discover Bank of Greenwood | | None | K | T | Buy | 12/24/14 | K | | |
| 51. BROKERAGE ACCOUNT #4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---BofA Cash/Money Mkt accts | A | Interest | J | T | | | | | |
| 53. ---Blackrock Global Alloc Fd | A | Dividend | K | T | Buy (add'l) | 12/23/14 | J | | |
| 54. ---PIMCO Unconstrained Bond Fd | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 55. ---Templeton Global Total Return Fd | B | Dividend | | | Sold | 12/23/14 | K | | |
| 56. ---Doubleline Total Return Bond Fd | A | Dividend | | | Sold | 12/23/14 | K | | |
| 57. ---Doubleline Multi-Asset Growth Fd | A | Dividend | | | Sold | 12/23/14 | K | | |
| 58. ---PIMCO All Asset All Auth. Fd | A | Dividend | | | Sold | 12/23/14 | K | | |
| 59. ---iShares Gold Trust | | None | | | Sold | 09/12/14 | J | | |
| 60. ---Ivy Asset Strategy Fd | A | Dividend | | | Sold | 12/23/14 | K | | |
| 61. ---FPA Crescent Fd | | None | K | T | Buy | 12/23/14 | K | | |
| 62. ---PIMCO Income Fd | A | Dividend | K | T | Buy | 12/23/14 | K | | |
| 63. ---PIMCO All Asset Fd | A | Dividend | K | T | Buy | 12/23/14 | K | | |
| 64. ---Highland Global Allocation Fd | A | Dividend | K | T | Buy | 12/23/14 | K | | |
| 65. BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 66. ---BofA Cash/Money Mkt accts | A | Interest | J | T | | | | | |
| 67. ---Blackrock Global Alloc Fd | B | Dividend | L | T | Buy (add'l) | 12/23/14 | J | | |
| 68. ---PIMCO Unconstrained Bond Fd | A | Dividend | | | Sold | 12/23/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---Templeton Global Total Return Fd | C | Dividend | | | Sold | 12/23/14 | K | | |
| 70. ---Doubleline Total Return Bond Fd | B | Dividend | | | Sold | 12/23/14 | K | | |
| 71. ---Doubleline Multi-Asset Growth Fd | B | Dividend | | | Sold | 12/23/14 | K | | |
| 72. ---PIMCO All Asset All Auth. Fd | B | Dividend | | | Sold | 12/23/14 | L | | |
| 73. ---iShares Gold Trust | | None | | | Sold | 09/12/14 | K | | |
| 74. ---Ivy Asset Strategy Fd | A | Dividend | | | Sold | 12/23/14 | K | | |
| 75. ---FPA Crescent Fd | | None | L | T | Buy | 12/23/14 | L | | |
| 76. ---PIMCO Income Fd | A | Dividend | L | T | Buy | 12/23/14 | L | | |
| 77. ---PIMCO All Asset Fd | B | Dividend | L | T | Buy | 12/23/14 | L | | |
| 78. ---Highland Global Allocation Fd | A | Dividend | L | T | Buy | 12/23/14 | L | | |
| 79. IRA ACCOUNT #1 | | | | | | | | | |
| 80. ---FIA Card Services RASP acct | A | Interest | J | T | | | | | |
| 81. ---Powershares ETF Trust | A | Dividend | K | T | | | | | |
| 82. IRA ACCOUNT #2 | | | | | | | | | |
| 83. ---FIA Card Services RASP acct | A | Interest | J | T | | | | | |
| 84. ---Western Asset Middle Mkt Inc Fd | A | Dividend | K | T | Buy | 08/26/14 | K | | |
| 85. IRA ACCOUNT #3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ---FIA Card Services RASP acct | A | Interest | J | T | | | | | |
| 87. ---iShares Gold Trust | | None | | | Sold | 09/17/14 | K | | |
| 88. ---Templeton Global Total Return Fd | B | Dividend | | | Sold | 12/23/14 | K | | |
| 89. ---Doubleline Total Return Bond Fd | A | Dividend | | | Sold | 12/23/14 | K | | |
| 90. ---Doubleline Multi-Asset Growth Fd | B | Dividend | | | Sold | 12/23/14 | K | | |
| 91. ---PIMCO All Asset All Auth. Fd | C | Dividend | | | Sold | 12/23/14 | K | | |
| 92. ---Ivy Asset Strategy Fd | C | Dividend | | | Sold | 12/23/14 | K | | |
| 93. ---Blackrock Global Allocation Fd | | None | K | T | Buy | 12/23/14 | K | | |
| 94. ---FPA Crescent Fd | | None | K | T | Buy | 12/23/14 | K | | |
| 95. ---PIMCO Income Fd | A | Dividend | K | T | Buy | 12/23/14 | K | | |
| 96. ---PIMCOAll Asset Fd | A | Dividend | K | T | Buy | 12/23/14 | K | | |
| 97. ---Highland Global Allocation Fd | A | Dividend | K | T | Buy | 12/23/14 | K | | |
| 98. BROKERAGE ACCT #6 | | | | | | | | | |
| 99. ---BofA cash/money market accts | A | Interest | J | T | | | | | |
| 100. ---University CA Rev 2015 | A | Interest | K | T | | | | | |
| 101. ---California St Var Purp 2014 | A | Interest | | | Matured | 04/01/14 | K | | |
| 102. ---California St Var Purp 2016 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ---California St Dept Water 2017 | A | Interest | K | T | | | | | |
| 104. ---CD Bank of India New York | A | Interest | | | Buy | 06/18/14 | L | | |
| 105. | | | | | Matured | 12/24/14 | L | | |
| 106. ---CD Discover Bank of Greenwood | | None | | | Buy | 12/24/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 05/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. All of the listed investments except for Item No. 6 are held in the living trust [REDACTED] have established. (See also Part I, Item No. 2).

Part VII. Except as indicated, there were no gains realized on any of the sales or redemptions reported. To avoid confusion when comparing this year's report to last year's report, I kept the account titles (e.g., Brokerage Acct #1, etc.) the same as in last year's report. This again meant skipping from Brokerage Acct #2 to Brokerage Acct #4, because no assets were held during the year in Brokerage Acct #3.

Part VII, Item No. 1. As I have previously reported, the building in which MS&K Realty held an ownership interest was sold in 2005; and a portion of the sales proceeds was held back as a preferred equity interest, and remained to be paid by the buyer and distributed to the MS&K Realty partners. The 2014 distribution (which includes some interest) is reported in Column B, and my current best estimate of my share of the remaining future distributions is reported in Column C. Because my investment has not been entirely liquidated, I have continued to list my partnership position in Part I (see Item No. 1).

Part VII, Item Nos. 7 and 8. These entries represent private commercial real estate investments.

Part VII, Item Nos. 10, 26, 38, 52, 66, 80, 83,86, and 99. These entries represent cash accounts and money market funds that function essentially as bank accounts for partiicular brokerage accounts. They sometimes are referred to as "core" accounts. Consistent with my previous reports, I have not reported as separate transactions each deposit of interest or dividends into these "core" accounts, or each time proceeds from the sale or redemption of another investment was deposited into these "core" accounts, or each time funds were withdrawn from a "core" account to purchase another investment.

Part. VII, Item Nos. 13 and 40. The amounts reported as dividends represent stock dividends.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert N. Block**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544